UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SEAN PRICE,

                  Defendant.
----------------------------------------------------------------X

**ORDER**

**17-CR-301 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

Before the court is Defendant Sean Price's application to adjourn trial. (Def. Ltr. Req. an Adjmt. ("Appl.") (Dkt. 44); Def. Ltr. in Further Support of the Adjmt. (Dkt. 46).) Defendant's trial is scheduled to commence on November 6, 2017, and Defendant requests that it be adjourned by one month. (Appl.) In support of the application, Defendant represents that, on October 25, 2017, the Government provided Defendant with additional discovery. (Id.) Defendant argues that he requires an adjournment of the trial date in order to have sufficient time to review the new discovery. (Id.) The Government objects to an adjournment of the trial, in part, because of Defendant's prior insistence on obtaining the earliest possible trial date, the sufficiency of the time for Defendant to review the new materials before the trial date as currently scheduled, and the inconvenience for witnesses currently scheduled to travel to attend trial from, in some cases, as far away as Australia. (Gov't Ltr. Resp. to Def. Req. for an Adjmt.)

Defendant's application is GRANTED, and the court orders as follows: A jury shall be selected on December 11, 2017, before a magistrate judge. Trial shall begin immediately after a jury is selected. No further requests for adjournment of trial will be considered by the court.

Defendant consents to the December 11, 2017, date for the commencement of trial. With consent of Defendant and the Government, time under the Speedy Trial Act,

1

18 U.S.C. §§ 3161-3174, is excluded between the date of this order and December 11, 2017. The court grants the exclusion of time in the interests of justice, in order for Defendant to review the new discovery materials.

SO ORDERED.

Dated: Brooklyn, New York
October 26, 2017

/s Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge