# Exhibit A

Judge Garaufis.
March 19, 2018

I'm writing in reference to my son Sean Price, I'm very saddened by the position that Sean is in at this time. I love my son and I'm sure most parents feel the same way about their children, no surprise there. My concerns are for him what kind of future will he have after being labeled a sex offender. In any case Sean is a very loving and caring son and grandson. He would never ever hurt another human being, I know I'm speaking from a christian and a parents point of view but this is the way I see things. Sean has a good heart and is capable of many good things, one of them being his working to obtain his Cdl license, this is so he can make a living for himself and his children, he has two daughters Kacey who is 11 years old and Savannah who is 5, they need to be able to count on their father.

I know my son is a decent person who sometimes acts without thinking but this was a mutual decision made by two parties without thought of consequences. We all make mistakes, some bigger than others but we should be penalized accordingly. I would love for him to be here, my mother his grandmother may not have much time left she had cancer in 2013 and now its come back, not good for a 87 year old. His grandmother really needs him now and so do I. Kindly don't penalize Sean too harshly for he can and will become a vital part of society as soon as he can.

*Sharen Price*
Sharen Price

2/19/18

To whom it May Concern:

I'am writing you a letter regarding my neighbor Sean Price. I have known Sean Price for over 17 years and he was a good neighbor.

Sean is a very respectful person to all the neighbor in the community. He was also very helpful too neighbor in the community. He would go to the store for neighbors and help clean people's yards. Sean has a very good mother and grandmother and brother who cares for him very much. I know about the incident which landed him in jail. I would like to say, I think it's unfair regarding the charges he's being charged with. I hope and pray that our government would take in consideration the fact that the law is not clear in Austrilia and in New York city, and would treat him fairly. Thank you for any consideration the court will give to this matter. Everybody deserve a second chance.

Thank you
Jamel Cole

Judge Garaufis
Re: Sean Price

To Whom it may concern.

This letter is in support of my neighbor who unfortunately is going through a difficult time right now. My wife and I decided to write this letter to inform you of the kind response that we always get from both he and his family. He always asks how we are doing and offers assistance regardless of what chore I seem to be doing. When the weather is warm you can always find him sitting on the porch with family or friends. Its very unfortunate that the computer and cellular phone era has caused so many problems regarding relationships. I'm sure there are many people caught up in situations that they wish they could have avoided. I'm sure its a difficult task judging someones life while its hanging in the balance. If my kind words can help save a life that only God can take then I will always try. From the bottom of my heart I don't think he had bad intentions at all. Maybe the wrong choice was made at the wrong time, but who among us hasn't made bad choices at some point. I personally like him and trust him and hope that life is restored to him so he can prove to be an asset instead of a deterent. I don't know to much about the circumstances surrounding him, but nonetheless I'm praying for him and his family. I think he's a nice person, and as a neighbor miss seeing him.

Yours Truly

Yours truly,
Michael Cain

Michael Cain
8/24/18