# Exhibit C

I'm a young man that has come a long way from when I was a teenager. Had some run-ins with the law at an early age and decided to get my life together and went to school for my cdl license class A. Right before this I was enrolled in Devry institute studying computer technology and various subjects. I've always been the type of person to help people who asked or claimed they needed help and sometimes this very good trait got me into trouble. While I was in Devry Institute from 08' to 2010 I learned a lot about computers just not enough to pursue a career in the field. Before getting myself into trouble last year with this case I was on the verge of starting my own trucking company hauling cars for various car dealerships the company who wanted to sponsor me told me to go and choose my truck and give them the details and they would handle everything else, I never did and here I am. I truly had plans to start my trucking company then start a credit repair service within a year of each other but I wanted to make sure my trucking company was in good standing before I decided to add anything else to my plate.

but after, I had these two buisness going I was going to write children's books for a little while then hopefully begin to write Adult novels. I'm very Ambitious and believe in my capabilities as a writer, Father and a person it's just at times, I've had a hard time telling people no or being selfish and thinking what would be best for me this as been my greatest downfall in my life. My heart is too big and sometimes I make the wrong decisions just wanting to help. I already have my plans figured out if, I'm given the chance I know, I'll be very successful in life. All I need is opportunity And time.